IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-00825-REB-KLM

FRANCISCO RAMON ALVARADO VASQUEZ,

    Plaintiff,

vs.

YAK AND YETI, LLC, and
DOL PRASAD BHATTARAI

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss** [#11], filed July 14, 2022. After reviewing the motion and the record, I conclude the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss** [#11] is granted;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines are vacated; and

4. That this case is closed.

Dated July 14, 2022, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   */s/ Bob Blackburn*
                                                   Robert E. Blackburn
                                                   United States District Judge